IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED DEC 15 2014

| | | |
|---|---|---|
| JAMES NATAL, | : | CIVIL ACTION |
|     Petitioner, | : | |
| | : | |
| v. | : | NO.   13-cv-4823 |
| | : | |
| COMMONWEALTH OF PA, et al. | : | |
|     Respondents. | : | |

## ORDER

AND NOW, this 15th day of Dec., 2014, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED without an evidentiary hearing.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

Robert F. Kelly
ROBERT F. KELLY,     J.

ENTERED

DEC 15 2014

CLERK OF COURT